# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 3, 2026

Lyle W. Cayce
Clerk

No. 25-20572

SPECTRUM LABORATORIES, L.L.C.,

*Plaintiff—Appellee,*

*versus*

URZ TRENDZ, L.L.C., *also known as* FLY FRESH SMOKE,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-3705

UNPUBLISHED ORDER

Before SMITH, HAYNES, and OLDHAM, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the Appellee's opposed motion to dismiss the appeal for lack of jurisdiction is CARRIED WITH THE CASE.

IT IS FURTHER ORDERED that the Appellant's opposed motion to file their brief in excess of the word count limitation, but not to exceed 15,500 words is GRANTED.