

McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

P 1.216.348.5400
F 1.216.348.5474

Direct Dial: 216.348.5730
E-mail: mcavanagh@mcdonaldhopkins.com

February 25, 2026

**Via ECF**

United States Court of Appeals
Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

**Re:** **Spectrum Laboratories, LLC v. URZ Trendz, L.L.C., aka Fly Fresh Smoke**
        **Case No. 25-20572**

Dear Clerk of Court:

I write on behalf of plaintiff-appellee Spectrum Laboratories, LLC to request, in accordance with 5th Cir. R., 31.4, an unopposed 30-day extension of Spectrum's deadline to file its appellee brief. This is Spectrum's first request for an extension. The current due date is March 9, 2026; the requested extension would make the new due date April 8, 2026.

Counsel for defendant-appellant URZ Trendz, L.L.C., aka Fly Fresh Smoke, advises that URZ does not oppose this request, provided Spectrum does not oppose a corresponding 30-day extension of URZ's reply brief deadline. URZ's counsel requested this reply brief extension because Spectrum's extension, if granted, would shift URZ's reply brief preparation into a period when URZ's counsel will be traveling out of the country and trying a case. The parties have stipulated to this reciprocal arrangement.

Good cause exists for Spectrum's extension. A key associate on Spectrum's legal team suffered an unexpected medical issue requiring immediate and indefinite leave. Additional time is needed to orient replacement counsel, finalize the brief, and ensure a thorough response. This need is compounded by: (1) Spectrum's lead counsel's scheduled international travel in early March; (2) the length of URZ's opening brief (which exceeds the default page limits with leave of Court); (3) the number of issues raised; and (4) a jurisdictional issue requiring briefing.

37600682.2

For these reasons, Spectrum respectfully requests that the Court grant a 30-day extension of its appellee brief deadline to April 8, 2026, and a corresponding 30-day extension of URZ's reply brief deadline.

Respectfully submitted,

Matthew J. Cavanagh
*Counsel for Plaintiff-Appellee*
*Spectrum Laboratories, LLC*